IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR ABEL MARTIN and SAMUEL MARTIN<br><br>Judgment Debtors. | Case No. 1:09MC00027-OWW |
| J.P. MORGAN CHASE BANK, NA, also known as Chase and formerly known as WAMU, also known as WASHINGTON MUTUAL, INC.<br><br>Garnishee. | ORDER OF GARNISHMENT |

The Garnishee herein, J.P. MORGAN CHASE BANK, NA, is hereby ordered to pay to the Clerk of this Court, in United States currency, certified funds, or cashier's check, the sum of $12,042.58. If paid other than in United States currency, the check or certified funds instrument must be made payable to the Clerk of the United States District Court. The Garnishee shall cause said sum to be delivered to the Clerk of the United States District Court, whose address is United States District Courthouse, 2500 Tulare Street, Room 1501, Fresno, CA 93721, and reference the debtors' names and case no. 1:99CR05103-OWW on the face of the check.

From the sum paid by the Garnishee, the Clerk of the Court shall apply the sum of $5,492.68

Order of Garnishment                    1

towards payment of the criminal fine imposed against Hector Martin in case no.: 1:99CR 05103-05-OWW.  From the sum paid by the Garnishee, the Clerk of Court shall apply the sum of $6,549.90 towards payment of the criminal fine imposed against Samuel Martin in case no.: 1:99CR 05103-09-OWW.

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on August 26, 2009, she served a copy of [PROPOSED] ORDER OF GARNISHMENT (ACCOUNTS) by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

John Frederick Garland
Law Office of John Garland
1713 Tulare Street, Suite 221
Fresno , CA 93721

John M. Sorich
S. Christopher Yoo
Valerie K. Brennan
ADORNO, YOSS, ALVARADO & SMITH
A Professional Corporation
1MacArthur Place, Suite 200
Santa Ana, California 92707

                                                                */s/ Kimberly Siegfried*
                                                                Kimberly Siegfried

IT IS SO ORDERED.

**Dated:    August 26, 2009**          **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE